UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

JOSEPH WINFRED REEVES,                    Case No. 09-21716-GWE
                                          Chapter 13
　　Debtor.

OBJECTION TO CLAIM 17-1 FILED BY FELECIA K. JOHNSON

COMES NOW your debtor, JOSEPH WINFRED REEVES, by and through his attorney of record, LYNDA F. TEEMS, and moves this Court for an Order disallowing Claim Number 17 filed by Felecia K. Johnson. In support of said objection your Debtor would show unto the Court the following:

1.　The debtor filed for relief under Chapter 13 of the Bankruptcy Code on February 16, 2009.

2.　Felecia K. Johnson filed a claim for domestic support obligation in the amount of $1,401.00 on March 19, 2014. In March, 2014, Debtor had over paid his child support obligation and had a credit of $16.16 (see Georgia Division of Child Support Services Chart attached). Debtor is not indebted to Ms. Johnson for the amount of the claim and the claim should be disallowed.

WHEREFORE, PREMISES CONSIDERED, DEBTOR PRAYS:

1.　That, after a notice and hearing, an order be entered disallowing the Claim 17 filed by Felecia K. Johnson in the amount of $1,401.00.

2.　That if Felecia K. Johnson does not appear and/or object, the Court grant Debtor's objection.

1

3. That the Debtor be granted any other relief to which he may be entitled in the premises.

Respectfully submitted,

/s/ Lynda F. Teems_____
LYNDA F. TEEMS (013976)
Attorney for Debtor
80 Monroe Avenue, Suite 625
Memphis, Tennessee 38103-2491
(901) 526-5555

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to Debtor at last known address, Standing Chapter 13 Trustee, Office of the U.S. Trustee, Felicia K. Johnson, 204 Lovorn Circle, Warner Robins, Georgia 31088, by U.S. Mail, postage prepaid, this 1st day of April, 2014.

/s/ Lynda F. Teems_____
LYNDA F. TEEMS