**Dated: June 11, 2014**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

JOSEPH WINFRED REEVES,                    Case No. 09-21716-GWE
                                          Chapter 13
    Debtor.

ORDER OF VOLUNTARY CASE DISMISSAL WITHOUT PREJUDICE

COMES NOW the Debtor, by and through counsel of record, and hereby gives notice pursuant to 11 U.S.C. Section 1307 to voluntary dismiss the above styled Chapter 13 case.

IT IS THEREFORE ORDERED:

1. That the above styled Chapter 13 case is dismissed without prejudice to the Debtor.

  2. That the debtor's employer shall cease making deductions for the Chapter 13 Trustee.


/s/ Lynda F. Teems
LYNDA F. TEEMS  #13976
Attorney for Debtor
80 Monroe Avenue, Suite 625
Memphis, Tennessee 38103-2491
Phone:  (901) 526-5555
Fax:     (901) 529-1233
Email: lteems1@aol.com


/s/ Joseph W. Reeves
JOSEPH W. REEVES, Debtor



/s/ Sylvia Ford Brown
Chapter 13 Trustee




cc: Debtor
  Debtor's Attorney
  Trustee
  Entire Matrix

  Federal Express
  Attn. Payroll
  3875 Airways Blvd.
  Memphis, TN 38116