# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

In re Joseph W. Reeves

Case No. 09-21716
Chapter 13

Debtor(s).

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
FILED
APR 0 6 2009
JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TENN.

## Chapter 13 Proof of Claim

Name of Creditor: Lora E. May
Street Address: 211 Ridgeview Meadows Dr.
City, State, Zip Code: Gray, TN 37615
Creditor's Accounts Number (if any): _____
Chapter 13 Trustee's Number Assigned to Creditor (if known) _____

1. Unpaid principal or unpaid amount of judgement. This amount cannot contain future unmatured (i.e. post-bankruptcy) interest. Interest will be computed by the Chapter 13 Trustee's Office as provided for in plan the Rule of 78's may be used in rebating interest or finance charges. Real estate mortgage claims should include only arrearage amounts.

   $ 54,544.73

2. Other charges that may be allowable. (Examples include insurance charges, foreclosure fees and expenses, repossession expenses, etc.)

   Explain: _____   $ -0-

3. Total Claim (add 1 and 2 above).   $ 54,544.73

4. If judgement, amount $ _____ , date _____ , docket# and court _____

5. Type of debt: secured [ ], unsecured prority [ ], or unsecured non-priority [ ]. A secured creditor should attach a copy of the security instrument, promissory note, and certificate of title (automobile liens). An unsecured creditor should attach a statement of the invoice, note, or the like.

6. Execution below hereby asserts a claim by the creditor against the debtor or this estate in the amount above. The creditor states that there are no set-offs or counter-claims which the debtor may have and that the undersigned is authorized to file this proof of claim.

4-1-09
Date

Signature: Lora E May

Mail the original claim and attachments to:
Memphis Cases:

U.S. Bankruptcy Court Western District of Tennessee
200 Jefferson Ave. Suite 413
Memphis, TN 38103

The claim preferably should be received by the time of the first meeting of creditors.

PENALTY FOR FRAUDULENT CLAIMS IS A FINE UP TO $500,000.00 OR IMPRISONMENT UP TO 5 YEARS, OR BOTH, SEE 18 U.S.C. §§ 152 AND 3571.

046164

Exh B - 14 pages

Promissory Note

I, Joseph W. Reeves, promise to repay ___Lora E. May___ the amount of ___$2,500.00___ borrowed on ___4/1/2008___. I will insure my life via life insurance policy with ___Lora E. May___ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_____     ___4/1/2008___
Joseph W. Reeves                                Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of $9,000.00 borrowed on _4/14/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_Joseph W. Reeves_ _4/14/2008_
Joseph W. Reeves            Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of $7000.00 borrowed on _4/16/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_Joseph W. Reeves_ (signature)    4/16/2008
Joseph W. Reeves                  Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of $3,000.00 borrowed on _5/15/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_Joseph W. Reeves_ (signature)    _5/15/2008_
Joseph W. Reeves                  Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of $2000.00 borrowed on _5/16/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_Joseph W. Reeves_ (signature)    _5/16/2008_
Joseph W. Reeves                   Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of $ _3,500.00_ borrowed on _5/21/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_____        _5/21/2008_
Joseph W. Reeves                       Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay ___Lora E. May___ the amount of $2,000.00 borrowed on ___5/22/2008___. I will insure my life via life insurance policy with ___Lora E. May___ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_____    ___5/22/2008___
Joseph W. Reeves                    Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of $1,194.50 borrowed on _6/26/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_____          6/26/2008
Joseph W. Reeves                   Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of _$10,000.00_ borrowed on _3/15/2009_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_____        _3/15/2009_
Joseph W. Reeves                  Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of _$12,198.23_ borrowed on _9/29/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_____    _9/29/2008_
Joseph W. Reeves                    Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of $700.00 borrowed on 10/14/2008. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_Joseph W. Reeves_ (signature)    10/14/2008
Joseph W. Reeves                  Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of _$1000.00_ borrowed on _11/5/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_____              _11/5/2008_
Joseph W. Reeves                        Today's Date

Promissory Note

I, Joseph W. Reeves, promise to repay _Lora E. May_ the amount of _$500.00_ borrowed on _10/27/2008_. I will insure my life via life insurance policy with _Lora E. May_ as a primary beneficiary. The amount of the life insurance benefit to her shall be an amount at least equal to the total of all outstanding loan balances.

_Joseph W. Reeves_ signature    _10/27/2008_
Joseph W. Reeves                  Today's Date