Dated: October 16, 2009
The following is SO ORDERED:

_George W. Emerson, Jr._
UNITED STATES BANKRUPTCY JUDGE

IT500

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:  
JOSEPH W REEVES  
Debtor(s)

Chapter 13

Case No. 09-21716-E

### ADMINISTRATIVE ORDER
### ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| UNITED STATES TREASURY<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | $9,307.45 | PRIORITY |
| TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN: PASCALE HENDERSON<br>PO BOX 7100<br>MILTON, FL  32572 | $1,873.20 | PRIORITY |
| BANK OF AMERICA NA<br>475 CROSSPOINT PARKWAY<br>PO BOX 9000<br>GETZVILLE, NY  14068-9000 |  | ONGOING MORTGAGE PYMTS |

Exh. C - 4 pages

PAGE  2    -    CHAPTER 13 CASE NO.  09-21716-E

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA NA<br>475 CROSSPOINT PARKWAY<br>PO BOX 9000<br>GETZVILLE, NY  14068-9000 | $1,542.55 | MORTGAGE ARREARAGE |
| PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY ASSOCS<br>PO BOX 12914<br>NORFOLK, VA  23541 | $1,722.53 | SECURED GENERALLY |
| BANK OF AMERICA<br>PO BOX 26012<br>BANKRUPTCY NC4-105-03-14<br>GREENSBORO, NC  27420-6012 | $10,000.00 | SECURED GENERALLY |
| BANK OF AMERICA<br>PO BOX 26012<br>BANKRUPTCY NC4-105-03-14<br>GREENSBORO, NC  27420-6012 | | NO CLAIM FILED BY CREDITOR |
| ROUNDUP FUNDING<br>PO BOX 91121<br>MS550<br>SEATTLE, WA  98111-9221 | $11,862.37 | UNSECURED (GENERAL) |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | $4,788.31 | UNSECURED (GENERAL) |
| ROUNDUP FUNDING<br>PO BOX 91121<br>MS550<br>SEATTLE, WA  98111-9221 | $5,745.50 | UNSECURED (GENERAL) |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | $8,608.78 | UNSECURED (GENERAL) |

PAGE 3   -   CHAPTER 13 CASE NO. 09-21716-E

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HOUSEHOLD FINANCIAL CORP<br>2929 WALDEN AVENUE<br>DEPEW, NY  14043-2602 | | NO CLAIM FILED BY CREDITOR |
| LORA E MAY<br>211 RIDGEVIEW MEADOWS DRIVE<br>JOHNSON CITY, TN  37615 | $54,544.73 | UNSECURED (GENERAL) |
| US BANK<br>PO BOX 5229<br>CINCINNATI, OH  45201 | $16,891.94 | UNSECURED (GENERAL) |
| USAA SAVINGS BANK<br>PO BOX 14050<br>LAS VEGAS, NV  89114 | | NO CLAIM FILED BY CREDITOR |
| USAA FEDERAL SAVINGS BANK<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | $30,167.12 | UNSECURED (GENERAL) |
| SHEA MOSKOVITZ PLC<br>530 OAK COURT DR STE 350<br>MEMPHIS, TN  38117 | $2,465.91 | UNSECURED (GENERAL) |
| PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY ASSOCS<br>PO BOX 12914<br>NORFOLK, VA  23541 | $48,500.39 | UNSECURED (GENERAL) |
| UNITED STATES TREASURY<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | $182.00 | UNSECURED (GENERAL) |

PAGE  4   -   CHAPTER 13 CASE NO. 09-21716-E

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA<br>PO BOX 26012<br>BANKRUPTCY NC4-105-03-14<br>GREENSBORO, NC  27420-6012 | $29,245.66 | UNSECURED (GENERAL)<br><br>SPLIT CLAIM |
| PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY ASSOCS<br>PO BOX 12914<br>NORFOLK, VA  23541 | $41.00 | UNSECURED (GENERAL)<br><br>SPLIT CLAIM |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Avenue, Ste. 1113
Memphis, TN  38103

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor(s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: Sylvia Ford Brown
AS
    JOSEPH W REEVES
    4925 AVI
    ARLINGTON, TN  38002

    LYNDA F TEEMS ATTY
    ONE COMMERCE SQUARE
    SUITE 2300
    MEMPHIS, TN  38103-2464



Dated: October 30, 2014
The following is ORDERED:

_Jennie D. Latta_
Jennie D. Latta
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Unclaimed Funds in
         Chapter 13 Cases

Misc. No._____

APPLICATION AND ORDER

Comes Sylvia Ford Brown, Chapter 13 Trustee, and states:

1. Payments made to the following payees in the sum indicated and from the debtor's cases indicated have not been claimed and the cases have been closed.

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 08-32309-E | PEGGY LEE | 7832011 | NCO FINANCIAL SYSTEMS PO BOX 17095 WILMINGTON, DE 19850 | $76.65 CHECK DATE 06/10/2014 |
| 09-22455-E | KIMBERLY E BOWLES | 7832031 | MUTUAL COLLECTION CO INC PO BOX 11629 MEMPHIS, TN 38111-0629 | $62.75 CHECK DATE 06/11/2014 |
| 09-27632-E | CURTIS WAYNE VAUGHN | 7832114 | MUTUAL COLLECTION CO INC PO BOX 11629 MEMPHIS, TN 38111-0629 | $26.83 CHECK DATE 06/12/2014 |
| 09-30739-E | KIERRA C BUCHANON | 7832149 | MUTUAL COLLECTION CO INC PO BOX 11629 MEMPHIS, TN 38111-0629 | $26.40 CHECK DATE 06/13/2014 |

Page 1 of 3

Exh. D - 3 pages

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 09-32842-E | CARLA BRYANT | 7832499 | CASH PLUS<br>255 FAIROAKS DRIVE<br>OAKLAND, TN  38060-3356 | $57.50<br><br>CHECK DATE<br>06/24/2014 |
| 09-23635-E | MELISSA INGRAM | 7832551 | MUTUAL COLLECTION CO INC<br>PO BOX 11629<br>MEMPHIS, TN  38111-0629 | $135.42<br><br>CHECK DATE<br>06/25/2014 |
| 09-21716-E | JOSEPH W REEVES | 7832613 | LORA E MAY<br>32 NEW HALIFAX ST<br>JONESBOROUGH, TN  37659-1362 | $10,132.74<br><br>CHECK DATE<br>06/26/2014 |
| 09-22227-L | RICHARD SALTER<br>LISA GRANT SALTER | 7832687 | MUTUAL COLLECTION CO INC<br>PO BOX 11629<br>MEMPHIS, TN  38111-0629 | $63.50<br><br>CHECK DATE<br>06/30/2014 |
| 09-31961-L | DONNA MICHELLE MCGOWEN | 7832778 | MUTUAL COLLECTION CO INC<br>PO BOX 11629<br>MEMPHIS, TN  38111-0629 | $35.00<br><br>CHECK DATE<br>07/02/2014 |
| 09-27876-L | SHARON MARIE PICKENS | 31035403 | HSBC AUTO FINANCE<br>PO BOX 4002<br>BUFFALO, NY  14240 | $133.79<br><br>CHECK DATE<br>06/10/2014 |

2. That all the attached list of cases have heretofore been closed out, and applicant is of the belief that the funds should be turned over to the Bankruptcy Court Clerk pursuant to 11 U.S.C. Section 347(a).

WHEREFORE, your Trustee prays for the entry of an order authorizing the turnover to the Bankruptcy Court Clerk the sum of $10,750.58 representing unclaimed funds pursuant to 11 U.S.C. sec 347(a).

/s/ Sylvia Ford Brown

Sylvia Ford Brown
Chapter 13 Trustee

## ORDER

Upon consideration of the foregoing, the Court finds the application to be well founded,

IT IS THEREFORE ORDERED, that Sylvia Ford Brown, the Standing Trustee, pursuant to 11 U.S.C. sec 347(a) issue a check to the Bankruptcy Court Clerk in the amount of $10,750.58 representing unclaimed funds on the attached list of cases.


cc: TRUSTEE
     BANKRUPTCY COURT CLERK