UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

In re:
Joseph W. Reeves
Debtors

Case No. 09-21716-E
Chapter 13

## MOTION TO WITHDRAW UNCLAIMED FUNDS

COMES NOW, Lora E. May c/o Dilks & Knopik, LLC., by and through counsel, Holly W. Schumpert, Attorney at Law, moves this Court for an order directing the Clerk to remit to the applicant the sum of $10,132.74, which was deposited into the Treasury of the United States as unclaimed funds for Creditor, Lora E. May. Applicant certifies, under penalty of perjury, that:
(1) Applicant has conducted a reasonable investigation.
(2) The money on deposit with the Treasury of the United States is owed to Claimant.
(3) The funds sought have not been paid to Claimants or to any agent on Claimants' behalf.
(4) Applicant has authority to collect the funds on behalf of the Claimant as
    evidenced by the attached original Limited Power of Attorney from Claimant or
    authorized representative of Claimant.
(5) No other motion is pending the recovery of the same unclaimed funds.
(6) Applicant has complied fully with requirements of 28 U.S.C. §2042.

Dated: December 3, 2014

Respectfully Submitted,

/s/ Holly W. Schumpert
Holly W. Schumpert #15658
2552 Poplar Avenue, Suite 4F
Memphis, TN 38112
(901) 323-9000
holleyschumpert@att.net

Attachments:
(1) **Power of Attorney** or other proof if Claimant is represented by an agent or attorney.
(2) **Proof of identity:** If Applicant is the Claimant and if the Claimant is an individual, a copy of the individual's driver's license or other photo identification.
(3) **Proof that the funds are owed to Claimant:** Any supporting documentation that proves the claimant is entitled to the funds requested. This can be in the form of a copy of the proof of claim, the trustee's report of unclaimed funds, or the Order of Distribution.

Exh. E - 2 pages

CERTIFICATE OF SERVICE

I hereby certify that in the 3rd day of December, 2014, I caused to be mailed a copy of the foregoing by E-mail, Fax or U.S. Mail, first class, postage pre-paid to:

Asst. U.S. Attorney, 167 North Main, Suite 800, Memphis, TN 38103

U.S. Trustee, 200 Jefferson Ave., 4th Floor, Memphis, TN 38103.

Linda Teems, Attorney for Debtor, 80 Monroe Ave., Suite 625, Memphis, TN 38103

Joseph W. Reeves (last known address), 106 Bridgeway Dr., Warner Robins, GA 31088-1117

Lora E. May, 5657 Tucker Rd., Ooltewah, TN 37363

Lora E. May c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065

Sylvia Ford Brown, Case Trustee, 200 Jefferson Ave., Suite 1113, Memphis, TN 38103

/s/ Holly W. Schumpert
Holly W. Schumpert #15658
2552 Poplar Avenue, Suite 4F
Memphis, TN 38112
(901) 323-9000
holleyschumpert@att.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| In re: | Case No. 09-21716-E |
|---|---|
| JOSEPH W REEVES | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sylvia Ford Brown, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/16/2009.

2) The plan was confirmed on 08/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/27/2009, 03/11/2010, 04/05/2011, 04/05/2011, 12/08/2011, 12/08/2011, 04/17/2012, 04/17/2012, 04/18/2012, 10/09/2012, 10/09/2012, 11/07/2012, 11/07/2012, 03/26/2013, 10/25/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/11/2014.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,575.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

Exh. F - 3 pages

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $121,304.00 |
| Less amount refunded to debtor | $1,194.85 |

**NET RECEIPTS:** $120,109.15

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,400.00 |
| Court Costs | $274.00 |
| Trustee Expenses & Compensation | $5,649.99 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,323.99

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVICING L P | Secured | NA | 0.00 | 0.00 | 42,721.92 | 0.00 |
| BAC HOME LOANS SERVICING L P | Secured | 2,300.00 | 835.21 | 1,542.55 | 1,542.55 | 0.00 |
| BANK OF AMERICA | Secured | 38,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 683.40 |
| BANK OF AMERICA | Unsecured | NA | 29,245.66 | 29,245.66 | 5,432.92 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | 11,412.93 | 11,862.37 | 11,862.37 | 2,203.65 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | 5,403.56 | 5,745.50 | 5,745.50 | 1,067.34 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 4,705.16 | 4,788.31 | 4,788.31 | 889.52 | 0.00 |
| FELICIA K JOHNSON | Unsecured | NA | 1,401.00 | 1,401.00 | 260.26 | 0.00 |
| HOUSEHOLD FINANCIAL CORP | Unsecured | 6,832.04 | NA | NA | 0.00 | 0.00 |
| JIMMY MOORE CIRCUIT COURT CLE | Unsecured | NA | 229.00 | 191.16 | 36.32 | 0.00 |
| LORA E MAY | Unsecured | 54,544.73 | 54,544.73 | 54,544.73 | 10,132.74 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 48,490.49 | 0.00 | 48,500.39 | 9,009.84 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 8,690.19 | 8,608.78 | 8,608.78 | 1,599.24 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Secured | 1,722.53 | 1,722.53 | 1,722.53 | 1,722.53 | 54.61 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | NA | 41.00 | 41.00 | 7.62 | 0.00 |
| SANTA ROSA COUNTY TAX COLLEC | Priority | 1,873.20 | 1,873.20 | 1,873.20 | 1,873.20 | 0.00 |
| SHEA MOSKOVITZ PLC | Unsecured | 8,000.00 | 2,465.91 | 2,465.91 | 458.08 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 182.00 | 182.00 | 33.81 | 0.00 |
| UNITED STATES TREASURY | Priority | 9,419.00 | 7,071.75 | 13,313.52 | 13,313.52 | 0.00 |
| US BANK | Unsecured | 16,684.50 | 16,891.94 | 16,891.94 | 3,137.99 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 28,894.65 | 30,167.12 | 30,167.12 | 5,604.10 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 16,446.84 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $42,721.92 | $0.00 |
| Mortgage Arrearage | $1,542.55 | $1,542.55 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $11,722.53 | $11,722.53 | $738.01 |
| **TOTAL SECURED:** | **$13,265.08** | **$55,987.00** | **$738.01** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,186.72 | $15,186.72 | $0.00 |
| **TOTAL PRIORITY:** | **$15,186.72** | **$15,186.72** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | $214,635.87 | $39,873.43 | $0.00 |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $8,323.99 | |
| Disbursements to Creditors | $111,785.16 | |
| **TOTAL DISBURSEMENTS :** | | **$120,109.15** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/03/2014                By:/s/ Sylvia Ford Brown
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**