Case 09-21716 Doc 125 Filed 12/09/14 Entered 12/09/14 12:57:04 Desc Main Document Page 1 of 4

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

**Joseph W. Reeves**

Case No. **09-21716**

Chapter **13**

Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

## PRO SE MOTION FOR PAYMENT OF UNCLAIMED FUNDS

DEC 04 2014

JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TENN.

It appears to the Court that the following movant-claimant ("claimant") asserts entitlement to certain monies that have been paid over to the Clerk of the United States Bankruptcy Court as unclaimed funds in the amount of $ **10,132.74**

Claimant's Name: **Joseph W. Reeves**
(Name) (Please Print)

Claimant's Address: **106 Bridgeway Dr**
(Street address) (Please Print)

**Warner Robins, GA 31088**
(City, State, and Zip Code) (Please Print)

\*\*\* Claimant must attach copy of official government photo ID or social security card\*\*\*
to this motion.

The movant-claimant certifies, under penalty of perjury, that he/she is entitled to receive the requested funds based upon (check the box(es) that apply):

☐ The claimant is the owner of said funds and appears as the owner on the records of the Court. **(Claimant does not need to appear unless a notice of hearing is issued.)**

☒ The claimant is seeking to claim funds deposited in the name of another individual or business or corporation, as evidenced by the attached Affidavit and other identifying documents. **(Claimant must appear on court date.)**

☐ The claimant is the personal representative of the owner's estate or the sole heir of the owner who is deceased, as evidenced by the attached Affidavit and other identifying documents. **(Claimant must appear on court date.)**

☐ The claimant is the assignee or successor-in-interest of the owner's claim to said funds, as evidenced by the attached Affidavit or Assignment of Right. **(Claimant must appear on court date.)**

This motion is submitted with the necessary documents to prove claimant's identity and status, and the owner's claim of entitlement. (Documents may include power of attorney, formal

1

Exh. G - 4 pages

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

JOSEPH WINFRED REEVES,    Case No. 09-21716-GWE
                          Chapter 13
  Debtor.

AFFDAVIT OF JOSEPH WINFRED REEVES

STATE OF GEORGIA
COUNTY OF Houston

COME NOW the Debtor/Affiant/Claimant, JOSEPH WINFRED REEVES (hereinafter "Debtor"), and states the following:

1. The debtor filed for relief under Chapter 13 of the Bankruptcy Code on February 16, 2009 and confirmed August 20, 2009.

2. On June 11, 2014, an Order of Voluntary Case Dismissal was entered [Doc. 122].

3. On June 26, 2014, the Standing Chapter 13 Trustee issued a check in the amount of $10,132.74 to Creditor Lora E. May. As of the date of the filing of this motion, the check remained outstanding and the time allowed to negotiate said check has expired and the funds have not been claimed.

4. The funds were withheld from the Debtor's wages and forwarded to the Chapter 13 Trustee. Since the funds remain unclaimed, Debtor desires that said funds be refunded directly to him.

assignment, letter of appointment, court order, death certificate, probate documents, drivers license, social security card, proof of rights to claim, etc.)

The claimant also certifies that a reasonable investigation has been conducted. The funds have not been previously paid; are not in dispute; no other motion is pending for recovery of funds; and claimant/owner is entitled to funds or has the authority to collect the funds as evidenced by proper attachments.

Claimant requests that the Court enter an Order directing payment of the unclaimed funds described above to the claimant in accordance with the documents submitted in support of the application.

_Joseph W. Reeves_
Claimant's signature

_106 Bridgeway Dr_
Address

_Warner Robins, GA 31088_
City

_(_
Telephone number (including area code)

_December 3, 2014_
Date

*** This motion may be continued from time to time by oral announcement made in open court. The Court will prepare the order granting or denying the motion after the hearing date. Checks typically will be processed and mailed to claimant at the above address within six to eight weeks after the hearing.

2

*JOSEPH WINFRED REEVES*

### OATH

Comes now, JOSEPH WINFRED REEVES, after being first duly sworn on oath, and deposes and states that the foregoing are true to the best of his knowledge, information and belief.

*JOSEPH WINFRED REEVES*

Personally appeared before me, Louis DeVicari, a Notary Public of the state and county aforesaid, JOSEPH WINFRED REEVES, with whom I am personally acquainted (or proven to me on the basis of satisfactory evidence), and who acknowledged execution of the within instrument for the purposes contained therein.

WITNESS my hand, at office, this the 3 day of December, 2014.

_____
Notary Public

My Commission Expires:

12/25/2017



(Notary Seal: LOUIS DEVICARIS, NOTARY PUBLIC, HOUSTON COUNTY, GEORGIA, MY COMMISSION EXPIRES 12/25/2017)



Dated: December 7, 2014
The following is ORDERED:

*George W Emerson Jr*

George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                    Case No.   09–21716 gwe
                                         Chapter  13
Joseph W. Reeves



Debtor(s).

**ORDER APPROVING STANDING CHAPTER 13 TRUSTEE'S
FINAL REPORT AND ACCOUNT AND DISCHARGING TRUSTEE
COMBINED WITH NOTICE OF THE ENTRY THEREOF**

   It appears to the Court, on its own initiative, that an Order has been previously signed by a Bankruptcy Judge dismissing the chapter 13 case of the above-named debtor(s).

   It further appears to the Court that the Standing Chapter 13 Trustee has filed a Final Report and Account and that this previously dismissed case is now ready for statistical closing.

**IT IS, THEREFORE, ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

   1.  The Standing Chapter 13 Trustee's Report and Account is approved and the Trustee is hereby discharged of his trust.

   2.  This previously dismissed chapter 13 case is hereby statistically closed.

[disch13odtcg080]Order Approving Standing Ch13 Trustee

Exh H - 1 page